# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

158299(26)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
          Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

BARBARA ANN BRUKWINSKI,
GEORGE GOWER, and AMY ANN DONLEY,
          Defendants-Appellants.
_____/

SC: 158299
COA: 343969
Macomb CC: 2017-000222-AV

On order of the Court, the motion for reconsideration of this Court's December 21, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019

Clerk

a0520